# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:00CR00047-020 |
| TERRY LEON FELDER, SR. ) | USM No: 09064-058 |
| ) | Robert Charles Carpenter |
| Date of Previous Judgment: 6/12/2002 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.**   ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 32          Amended Offense Level: 30
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 240 to 240 months   Amended Guideline Range: 240 to 240 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction recommended due to mandatory minimum sentence of 20 years (240 months). *See* USSG §5G1.1.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated 6/12/2002 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 7, 2011

Effective Date: February 7, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge